## Case No. 15,392.

### UNITED STATES v. HORTON.

District Court, D. Alabama.   Dec. 20, 1867.

CIVIL RIGHTS—BANISHMENT OF NEGROES.

[It is a violation of the civil rights bill of 1866 (14 Stat. 27) to inflict upon a negro the punishment of banishment from the state.]

[Cited in 1 Brightly's Dig. 150, to the point above stated. Nowhere reported: opinion not now accessible. Decided by Busteed, District Judge.]